**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **3601 Crossroads, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1107525** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3601 Algonquin Rd. Building Rolling Meadows, IL 60008**<br>Number, Street, City, State & ZIP Code | **800 Roosevelt Rd. Bldg. A-120 Glen Ellyn, IL 60137**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

| Debtor | 3601 Crossroads, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor   **3601 Crossroads, LLC**
_____
Name                                                      Case number (*if known*) _____

---

**11.  Why is the case filed in**   *Check all that apply:*
**this district?**

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**      ■ No
**have possession of any**
**real property or personal**    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency   _____

          Contact name   _____

          Phone   _____

---

### ■ Statistical and administrative information

**13.  Debtor's estimation of**   .   *Check one:*
**available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ■ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
**creditors**               ☐ 50-99                   ☐ 5001-10,000          ☐ 50,001-100,000
                        ☐ 100-199                 ☐ 10,001-25,000        ☐ More than100,000
                        ☐ 200-999

---

**15.  Estimated Assets**   ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                      ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                      ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                      ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                          ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                          ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                          ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| Debtor | **3601 Crossroads, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 7, 2018**
MM / DD / YYYY

X **/s/ Thomas L. Kolschowsky**                **Thomas L. Kolschowsky**
Signature of authorized representative of debtor          Printed name

Title   **Senior Vice President / Corporate Counsel**

---

**18. Signature of attorney**

X **/s/ John A. Lipinsky**                Date **March 7, 2018**
Signature of attorney for debtor                MM / DD / YYYY

**John A. Lipinsky**
Printed name

**Clingen Callow & McLean, LLC**
Firm name

**2300 Cabot Drive, Suite 500**
**Lisle, IL 60532**
Number, Street, City, State & ZIP Code

Contact phone   **630/871-2600**      Email address   **haskell@ccmlawyer.com**

**6207678 IL**
Bar number and State

| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) _____ | Chapter | 11 |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/7/18
            MM / DD / YYYY

X _____                    Thomas L. Kolschowsky
Signature of authorized representative of debtor    Printed name

Title   **Senior Vice President / Corporate Counsel**

**18. Signature of attorney**

X _____                    Date  3/7/18
Signature of attorney for debtor                        MM / DD / YYYY

**John A. Lipinsky**
Printed name

**Clingen Callow & McLean, LLC**
Firm name

**2300 Cabot Drive, Suite 500**
**Lisle, IL 60532**
Number, Street, City, State & ZIP Code

Contact phone   **630/871-2600**     Email address   **haskell@ccmlawyer.com**

**6207678 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **3601 Crossroads, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/7/18          X _____
                                          Signature of individual signing on behalf of debtor

                                          **Thomas L. Kolschowsky**
                                          Printed name

                                          **Senior Vice President / Corporate Counsel**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **3601 Crossroads, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Signature of individual signing on behalf of the debtor

**Thomas L. Kolschowsky**
Printed name

Position or relationship to debtor   **Senior Vice President / Corporate Counsel**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **3601 Crossroads, LLC**

_____
Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **75,000.00** |
| Prior to the filing of this statement I have received | $ | **75,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **1,717.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_3/2/18_____
_Date_

**John A. Lipinsky**
_Signature of Attorney_
**Clingen Callow & McLean, LLC**
**2300 Cabot Drive, Suite 500**
**Lisle, IL 60532**
**630/871-2600  Fax: 630/871-9869**
**haskell@ccmlawyer.com**
_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    __3601 Crossroads, LLC__                Case No. _____

                                    Debtor(s)        Chapter    __11__

### LIST OF EQUITY SECURITY HOLDERS
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Senior Vice President / Corporate Counsel** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _3/7/18_                 Signature _____

                                          **Thomas L. Kolschowsky**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   **3601 Crossroads, LLC** _____    Case No. _____

_____ Debtor(s)    Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **77**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   3/7/18 _____        _____

**Thomas L. Kolschowsky/Senior Vice President / Corporate Counsel**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re    __3601 Crossroads, LLC__

                    Debtor(s)

Case No.

Chapter   __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __3601 Crossroads, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date   3/7/18

John A. Lipinsky
Signature of Attorney or Litigant
Counsel for   3601 Crossroads, LLC
Clingen Callow & McLean, LLC
2300 Cabot Drive, Suite 500
Lisle, IL 60532
630/871-2600 Fax:630/871-9869
haskell@ccmlawyer.com

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

## United States Bankruptcy Court
### Northern District of Illinois

In re    3601 Crossroads, LLC

Debtor(s)

Case No. _____

Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Thomas L. Kolschowsky**, declare under penalty of perjury that I am the **Senior Vice President** (the "Senior Vice President") of **3601 Crossroads, LLC**, an Illinois limited liability company (the "Company"), and that the following is a true and correct copy of the Joint Action by Written Consent in Lieu of Special Meetings of the Member and Manager of the Company:

"**WHEREAS**, the Member and Manager deem it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Case").

**NOW, THEREFORE, BE IT RESOLVED**, that **Thomas L. Kolschowsky**, in his capacity as the Senior Vice President of the Company (the "Senior Vice President"), be and hereby is authorized, empowered, and directed, for and in the name of the Company, to execute, deliver and perform all documents necessary to perfect the filing of the Bankruptcy Case on behalf of the Company.

**FURTHER RESOLVED**, that the Senior Vice President be and hereby is authorized, empowered, and directed, for and in the name of the Company, to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds, and to execute, deliver, and perform all necessary documents on behalf of the Company in connection with the Bankruptcy Case.

**FURTHER RESOLVED**, that the Senior Vice President be and hereby is authorized, empowered, and directed, for and in the name of the Company, to employ **John A. Lipinsky 6207678**, attorney, and the law firm of **Clingen Callow & McLean, LLC**, to represent the Company in the Bankruptcy Case."

Date    3/7/18

Signed _____

**THOMAS L. KOLSCHOWSKY**

**JOINT ACTION BY WRITTEN CONSENT IN LIEU OF
SPECIAL MEETINGS OF THE MEMBER AND MANAGER OF
3601 CROSSROADS, LLC,
An Illinois Limited Liability Company**

The undersigned, being the sole member (the "Member") and sole manager (the "Manager") of 3601 CROSSROADS, LLC, an Illinois limited liability company (hereinafter referred to as the "Company"), hereby consent in writing without a meeting pursuant to the authority of Illinois Limited Liability Company Act, to the following actions:

**Voluntary Petition for Bankruptcy Pursuant to Chapter 11**

**WHEREAS,** the Member and Manager deem it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Case").

**NOW, THEREFORE, BE IT RESOLVED,** that **Thomas L. Kolschowsky**, in his capacity as the Senior Vice President of the Company (the "Senior Vice President"), be and hereby is authorized, empowered, and directed, for and in the name of the Company, to execute, deliver and perform all documents necessary to perfect the filing of the Bankruptcy Case on behalf of the Company.

**FURTHER RESOLVED,** that the Senior Vice President be and hereby is authorized, empowered, and directed, for and in the name of the Company, to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds, and to execute, deliver, and perform all necessary documents on behalf of the Company in connection with the Bankruptcy Case.

**FURTHER RESOLVED,** that the Senior Vice President be and hereby is authorized, empowered, and directed, for and in the name of the Company, to employ **John A. Lipinsky 6207678,** attorney, and the law firm of **Clingen Callow & McLean, LLC,** to represent the Company in the Bankruptcy Case.

IN WITNESS WHEREOF, the Member and Manager have signed this Joint Action by Written Consent in Lieu of Special Meetings of the Member and Manager of the Company effective the 7th day of March, 2018.

MEMBER:

**CR-3601, LLC, an Illinois
limited liability company**

By: _____
   **MICHAEL A. STAHELIN,** Manager

By: _____
   **LELAND M. STAHELIN,** Manager

MANAGER:

**CR-3601, LLC, an Illinois
limited liability company**

By: _____
   **MICHAEL A. STAHELIN,** Manager

By: _____
   **LELAND M. STAHELIN,** Manager

{00396886.DOC /v. 1 }

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **3601 Crossroads, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on __March  7, 2018__ | X /s/ Thomas L. Kolschowsky |
| | Signature of individual signing on behalf of debtor |
| | **Thomas L. Kolschowsky** |
| | Printed name |
| | **Senior Vice President / Corporate Counsel** |
| | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name  **3601 Crossroads, LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known):  _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABC Shop 300 E. Elgin Avenu Elgin, IL 60120** | | **Business debt** | | | | $50.39 |
| **Addison Building Materials 3201 S. Busse Road Arlington Heights, IL 60005** | | **Business debt** | | | | $54.02 |
| **Ambius, Inc. PO Box 14086 Reading, PA 19612** | | **Business debt** | | | | $311.86 |
| **Arlington Glass & Mirror 4547 N. Milwaukee Ave. Chicago, IL 60630** | | **Business debt** | | | | $4,080.00 |
| **City of Rolling Meadows 3600 Kirchoff Road Rolling Meadows, IL 60008** | | **Utility** | | | | $1,334.19 |
| **ComEd PO Box 6112 Carol Stream, IL 60197** | | **Utility (master account)** | | | | $1,405.85 |
| **Commercial Carpet 6548 West Higgins Ave Chicago, IL 60656** | | **Business debt** | | | | $150.00 |
| **Constellation Energy PO Box 4911 Houston, TX 77210** | | **Utility** | | | | $44,187.62 |
| **Dugan & Lopatka 104 E. Roosevelt Rd. Wheaton, IL 60187** | | **Business debt** | | | | $1,036.00 |

Debtor   **3601 Crossroads, LLC**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Grainger, Inc., WW 2710 Ogden Ave. Downers Grove, IL 60515** | | **Business debt** | | | | **$916.57** |
| **Great Lakes Elevator Service 1480 Renaissance Dr. Ste. 308 Park Ridge, IL 60068** | | **Business debt** | | | | **$1,638.00** |
| **Groot 2500 Landmeier Rd. Elk Grove Village, IL 60007** | | **Business debt** | | | | **$1,726.59** |
| **J. J. Jones 400 Gunderson Dr. Carol Stream, IL 60188** | | **Business debt** | | | | **$1,502.00** |
| **M.A.S. Brokerage, LLC 800 Roosevelt Dr., A-120 Glen Ellyn, IL 60137** | | **Business debt** | | | | **$3,055.03** |
| **North American Corporation 2101 Clair Ct. Glenview, IL 60025** | | **Business debt** | | | | **$1,531.78** |
| **Progressive Window Cleaning 4834 W. Patterson Ave. Chicago, IL 60641** | | **Business debt** | | | | **$280.00** |
| **Ruffolo, Inc. 242 W. US Hwy 45 Indian Creek, IL 60061** | | **Business debt** | | | | **$475.00** |
| **Suburban Door Check & Lock Co. 415 W. Ogden Westmont, IL 60559** | | **Business debt** | | | | **$185.44** |
| **Titan Security Services 614 Monroe St. Chicago, IL 60661** | | **Business debt** | | | | **$1,690.04** |
| **US Bank N.A., as Trustee 190 S. LaSalle St. MK-IL-SL7C Chicago, IL 60603** | | **3601 Algonquin Rd., Rolling Meadows, IL PINs: 08-07-205-007-0000 and 08-07-204-002-0000** | | **$7,167,796.00** | **$5,450,000.00** | **$1,717,796.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **3601 Crossroads, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                   12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................     $     **5,450,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................     $     **24,589.84**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................     $     **5,474,589.84**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................................     $     **7,167,796.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................     $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................     +$     **820,273.32**

4.  Total liabilities ...................................................................................................................
    Lines 2 + 3a + 3b     $     **7,988,069.32**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **3601 Crossroads, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Operating Account** | **Checking** | **3070** | **Unknown** |
| 3.2. | **Wells Fargo** | **Servicer controlled account** | **2892** | **Unknown** |
| 3.3. | **Wells Fargo** | **Depository Account** | **2970** | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.               **$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **Tenant Security deposits (contingent asset)**
   **These funds are currently in the possession of Rialto Capital Advisors, LLC**
   7.1.   **Agent of Master Servicer Wells Fargo, N.A.**                                      **$0.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **3601 Crossroads, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: 17,106.84 - 0.00 = .... $17,106.84
face amount                    doubtful or uncollectible accounts

11b. Over 90 days old: 3,861,000.00 - 3,861,000.00 =.... $0.00
face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$17,106.84

**Part 4:** Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **3601 Crossroads, LLC**                                    Case number *(If known)*
          Name

| | | | |
|---|---|---|---|
| **Conference table ($150); conference chairs (6 @ $50 each); black reception chairs (2 @ $400 each); executive desk ($200); traning tables and 24 chairs ($5633); whiteboard ($400)** | **$7,483.00** | **Replacement** | **$7,483.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                   **$7,483.00**
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ■ No.  Go to Part 9.
     ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **3601 Algonquin Rd., Rolling Meadows, IL PINs: 08-07-205-007-0000 and 08-07-204-002-0000** | **Fee simple** | **$4,100,000.00** | **Assessed value** | **$5,450,000.00** |

56.  **Total of Part 9.**                                                                   **$5,450,000.00**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **3601 Crossroads, LLC**_____    Case number *(If known)* _____
Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **3601 Crossroads, LLC**_____    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,106.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,483.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $5,450,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,589.84 | + 91b. $5,450,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,474,589.84 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **3601 Crossroads, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **US Bank N.A., as Trustee**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$7,167,796.00** | **$5,450,000.00** |
|---|---|---|---|---|
| | **190 S. LaSalle St.**<br>**MK-IL-SL7C**<br>**Chicago, IL 60603**<br>Creditor's mailing address | **3601 Algonquin Rd., Rolling Meadows, IL**<br>**PINs:  08-07-205-007-0000 and**<br>**08-07-204-002-0000** | | |
| | | Describe the lien<br>**Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**10/9/2012** | ☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**0070** | | | |
| | **Do multiple creditors have an**<br>**interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$7,167,796.0**<br>**0** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Rialto Capital Advisors, LLC**<br>**c/o Edward S. Weil, Dykema Gossett**<br>**10 S. Wacker, Ste. 2300**<br>**Chicago, IL 60606** | Line    **2.1** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **3601 Crossroads, LLC**
_____
Name

Case number (*if know*) _____

**Wells Fargo Bank, N.A.**
**550 South Tyron Street, 14th Floor**
**MACD1086-120**
**Charlotte, NC 28202**

Line    **2.1**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **3601 Crossroads, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ABC Shop**<br>**300 E. Elgin Avenu**<br>**Elgin, IL 60120**<br><br>Date(s) debt was incurred  **Various**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50.39** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Addison Building Materials**<br>**3201 S. Busse Road**<br>**Arlington Heights, IL 60005**<br><br>Date(s) debt was incurred  **Various**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$54.02** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Ambius, Inc.**<br>**PO Box 14086**<br>**Reading, PA 19612**<br><br>Date(s) debt was incurred  **Various**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$311.86** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Arlington Glass & Mirror**<br>**4547 N. Milwaukee Ave.**<br>**Chicago, IL 60630**<br><br>Date(s) debt was incurred  **Various**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,080.00** |

| Debtor | 3601 Crossroads, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,334.19 |
|---|---|---|---|

**City of Rolling Meadows**
**3600 Kirchoff Road**
**Rolling Meadows, IL 60008**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.85 |
|---|---|---|---|

**ComEd**
**PO Box 6112**
**Carol Stream, IL 60197**

Date(s) debt was incurred **various**

Last 4 digits of account number **5011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility (master account)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Commercial Carpet**
**6548 West Higgins Ave**
**Chicago, IL 60656**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,187.62 |
|---|---|---|---|

**Constellation Energy**
**PO Box 4911**
**Houston, TX 77210**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,036.00 |
|---|---|---|---|

**Dugan & Lopatka**
**104 E. Roosevelt Rd.**
**Wheaton, IL 60187**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478,700.00 |
|---|---|---|---|

**Glen Hill North, LLC**
**800 Roosevelt Road, Building A, Sui**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred **various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916.57 |
|---|---|---|---|

**Grainger, Inc., WW**
**2710 Ogden AVe.**
**Downers Grove, IL 60515**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **3601 Crossroads, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,638.00 |
|---|---|---|---|

**Great Lakes Elevator Service**
**1480 Renaissance Dr. Ste. 308**
**Park Ridge, IL 60068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269,085.00 |
|---|---|---|---|

**Greenbrook, L.P.**
**800 Roosevelt Road, Building A, Sui**
**Glen Ellyn, IL 60137**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __various__

Basis for the claim: __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,726.59 |
|---|---|---|---|

**Groot**
**2500 Landmeier Rd.**
**Elk Grove Village, IL 60007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,502.00 |
|---|---|---|---|

**J. J. Jones**
**400 Gunderson Dr.**
**Carol Stream, IL 60188**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.60 |
|---|---|---|---|

**JC Licht**
**28188 Network Place**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,055.03 |
|---|---|---|---|

**M.A.S. Brokerage, LLC**
**800 Roosevelt Dr., A-120**
**Glen Ellyn, IL 60137**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,531.78 |
|---|---|---|---|

**North American Corporation**
**2101 Clair Ct.**
**Glenview, IL 60025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | 3601 Crossroads, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Presto X**
**PO Box 13848**
**Reading, PA 19612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|

**Progressive Window Cleaning**
**4834 W. Patterson AVe.**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|

**Ruffolo, Inc.**
**242 W. US Hwy 45**
**Indian Creek, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,821.34 |
|---|---|---|---|

**Stahelin Enterprises, LP**
**800 Roosevelt Rd. A-120**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.44 |
|---|---|---|---|

**Suburban Door Check & Lock Co.**
**415 W. Ogden**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,690.04 |
|---|---|---|---|

**Titan Security Services**
**614 Monroe St.**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

| Debtor | **3601 Crossroads, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ _____ **0.00** |
| 5b. Total claims from Part 2 | | 5b. + | $ _____ **820,273.32** |
| | | | |
| 5c. Total of Parts 1 and 2 | | 5c. | $ _____ **820,273.32** |
| Lines 5a + 5b = 5c. | | | |

**Fill in this information to identify the case:**

Debtor name __**3601 Crossroads, LLC**_____

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | |
| **Fifth Amendment Commencement Date: 11/15/1999 Expiration Date: 1/14/2019** | |
| State the term remaining **~1 year** | |
| List the contract number of any government contract | **Abacus Data Systems 3601 Algonquin Rd., Stes. 555/565 Rolling Meadows, IL 60008** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | |
| **Commencement Date: 7/19/2016 Expiration Date: 11/30/2018** | |
| State the term remaining **~8 months** | |
| List the contract number of any government contract | **Accounting and Tax Solutions, Inc. 3601 Algonquin Rd., Ste. 620 Rolling Meadows, IL 60008** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | |
| **Second Amendment Commencement: 2/24/15 Expiration:  4/12/18** | |
| State the term remaining **~2 months** | |
| List the contract number of any government contract | **AKM Insurance Services 3601 Algonquin Rd.  Ste. 210 Rolling Meadows, IL 60008** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | |
| **Commencement: 6/23/2016 Expiration:  9/30/2018** | |
| State the term remaining **~7 months** | |
| List the contract number of any government contract | **American Financial Network 3601 Algonquin Rd., Ste. 320 Rolling Meadows, IL 60008** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor 1   **3601 Crossroads, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Eighth Amendment Commencement Date: 12/9/1998 Expiration Date: 12/31/2020**<br>**> 2.5 years** | **American International Radio, Inc.**<br>**3601 Algonquin Rd., Ste 800**<br>**Rolling Meadows, IL 60008** |

| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commencement Date: 11/11/2014 Expiration Date: 12/14/2020**<br>**> 1.5 years** | **American International Radio, Inc.**<br>**3601 Algonquin Rd., Ste. 880**<br>**Rolling Meadows, IL 60008** |

| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fourth Amendment Commencement: 6/16/2008 Expiration: 2/14/19**<br>**~1 year** | **Arete Systems, Inc.**<br>**3601 Algonquin Rd., Ste. 200**<br>**Rolling Meadows, IL 60008** |

| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Eleventh Amendment Commencement Date: 5/24/2007 Expiration Date: 6/30/2018**<br>**~ 4 months** | **Comprehensive Insurance**<br>**3601 Algonquin Rd.,**<br>**Stes. 603/604/605**<br>**Rolling Meadows, IL 60008** |

| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Seventh Amendment Commencement Date: 12/6/2001 Expiration Date: 9/30/2018**<br>**~7 months** | **Daniel J. Smyzynski**<br>**3601 Algonquin Rd., Ste. 335**<br>**Rolling Meadows, IL 60008** |

| Debtor 1 | **3601 Crossroads, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Ninth Amendment Commencement Date: 1/24/2007 Expiration Date: 1/31/2019** | |
|---|---|---|---|
| | State the term remaining | **< 1 year** | |
| | List the contract number of any government contract | | **Delta Technical Solutions, Inc. 3601 Algonquin Rd., Ste. 975 Rolling Meadows, IL 60008** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commencement Date: 12/1/2016 Expiration Date: 4/30/2022** | |
|---|---|---|---|
| | State the term remaining | **~4 years** | |
| | List the contract number of any government contract | | **Divine Design & Marketing, Inc. 3601 Algonquin Rd., Ste. 726 Rolling Meadows, IL 60008** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commencement Date: 10/28/2013 Expiration Date: 3/1/2019** | |
|---|---|---|---|
| | State the term remaining | **~1 year** | |
| | List the contract number of any government contract | | **Dr. Jo Walthusen 3601 Algonquin Rd., Ste. 714 Rolling Meadows, IL 60008** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Third Extension Commencement Date: 3/26/2008 Expiration Date: 8/31/2020** | |
|---|---|---|---|
| | State the term remaining | **~16 months** | |
| | List the contract number of any government contract | | **Electric Technology Int'l Inc. 3601 Algonquin Rd., Ste. 716 Rolling Meadows, IL 60008** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Seventh Amendment Commencement: 11/3/09 Expiration: 5/14/19** | |
|---|---|---|---|
| | State the term remaining | **~14 months** | |
| | List the contract number of any government contract | | **Embedur Systems, Inc. 3601 Algonquin Rd., Ste. 214 Rolling Meadows, IL 60008** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **By assignment dated 11/15/2016 Commencement: 3/21/2016 Expiration: 7/31/2019** | **Fairbanks Energy Services 3601 Algonquin Rd., Ste. 304 Rolling Meadows, IL 60008** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **3601 Crossroads, LLC**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | ~17 months |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Fifth Amendment Commencement Date: 3/8/2006 Expiration Date: 10/14/2022 includes suites 500, 510, 520, 570, 575, 585** |  |
|  | State the term remaining | **~2.5 years** | **Fusion Risk Management, LLC 3601 Algonquin Rd., Ste. 500 IL 60080** |
|  | List the contract number of any government contract |  |  |
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Fifth Amendment Commencement Date: 7/24/2007 Expiration Date: 6/30/2021 includes suites 1000, 1040, 1050** |  |
|  | State the term remaining | **> 3 years** | **Futurewei Technologies, Inc. 3601 Algonquin Rd., Ste. 1000 Rolling Meadows, IL 60008** |
|  | List the contract number of any government contract |  |  |
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **Seventh Amendment Commencement: 7/15/1996 Expiration:  8/31/2020** |  |
|  | State the term remaining | **~17 months** | **Harold L. Schweinebraten 3601 Algonquin Rd., Ste.202 Rolling Meadows, IL 60008** |
|  | List the contract number of any government contract |  |  |
| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | **Commencement 8/1/2017 Expiration 2/28/2025** |  |
|  | State the term remaining | **~7 years** | **Image One Facilities Solutions, Inc 3601 Algonquin Rd., Ste. 100 Rolling Meadows, IL 60008** |
|  | List the contract number of any government contract |  |  |
| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **Third Amendment Commencement Date: 5/21/2014 Expiration Date: 6/30/2018** | **Joe Genco 3601 Algonquin Rd., Ste. 640 Rolling Meadows, IL 60008** |

| Debtor 1 | **3601 Crossroads, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | ~ 4 months | |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment Commencement Date: 11/4/2016 Expiration Date: 2/29/2021 includes suites 850, 860** | |
| | State the term remaining | **~ 3 years** | **Jose Giovanni & Veronica Sanchez 3601 Algonquin Rd., Ste. 860 Rolling Meadows, IL 60008** |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement Commencement: 10/1/2012 Termination: 10/31/2022** | |
| | State the term remaining | **< 4.5 years** | **L/M Development, LLC 800 Roosevelt Rd. Building A - 120 Glen Ellyn, IL 60137** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement between broker and landlord Commencement: 10/1/2012 Termination: 10/3/2022** | |
| | State the term remaining | **< 4.5 years** | **M.A.S. Brokerage, LLC 800 Roosevelt Rd. Bldg. A Glen Ellyn, IL 60137** |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Third Amendment Commencement Date: 6/23/2014 Expiration Date: 8/31/2018** | |
| | State the term remaining | **~ 6 months** | **Medesthai 3601 Algonquin Rd., Ste. 840 Rolling Meadows, IL 60008** |
| | List the contract number of any government contract | | |

Debtor 1    **3601 Crossroads, LLC**
_____    Case number (*if known*) _____
First Name         Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**First Amendment Commencement Date: 9/7/2016 Expiration Date: 10/31/2018 ~ 1.5 years**

**Micro Products Company
3601 Algonquin Rd., Ste. 985
Rolling Meadows, IL 60008**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**7th Amendment to Lease Commencement: 5/8/2000 Expiration: 8/31/2020 ~2.5 years**

**Monarch Technical Services Inc.
3601 Algonquin Rd. Ste. 107
Rolling Meadows, IL 60008**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Commencement Date: 2/6/2017 Expiration Date: 5/31/2022 >4 years**

**Newland Law Centers, LLC
3601 Algonquin Rd., Ste. 990
Rolling Meadows, IL 60008**

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fourth Amendment Commencement: 5/6/1996 Expiration: 10/31/2020 ~30 months**

**Northwest Collectors, Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Second Amendment Commencement Date: 1/29/2004 Expiration Date: 6/30/2020 > 2 years**

**Olivet Nazarene University
3601 Algonquin Rd., Ste. 730
Rolling Meadows, IL 60008**

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

**Month to Month storage space lease Suite 575A**

**Olivet Nazarene University
3601 Algonquin Rd., Ste. 730
Rolling Meadows, IL 60008**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **3601 Crossroads, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **M/M** | |
| List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Commencement Date: 9/8/2017**<br>**Expiration Date: 9/30/2024** | |
|---|---|---|---|
| | State the term remaining | **> 6 years** | **Platinum Tax Pros, Inc.**<br>**3601 Algonquin Rd., Ste. 650**<br>**Rolling Meadows, IL 60008** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Sixth Amendment**<br>**Commencement Date: 2/20/2001**<br>**Expiration Date: 2/28/2018** | |
|---|---|---|---|
| | State the term remaining | **< 1 month** | **Pollution Control Systems, Inc.**<br>**3601 Algonquin Rd., Ste. 420**<br>**Rolling Meadows, IL 60008** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Fifth Amendment**<br>**Commencement Date: 4/11/2008**<br>**Expiration Date: 4/14/2023** | |
|---|---|---|---|
| | State the term remaining | **~5 years** | **Professional National Title Network CLE Corp.**<br>**3601 Algonquin Rd., Ste. 702**<br>**Rolling Meadows, IL 60008** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Commencement Date: 4/5/2017**<br>**Expiration Date: 7/31/2022** | |
|---|---|---|---|
| | State the term remaining | **> 4 years** | **Provenza & Associates, Inc.**<br>**3601 Algonquin Rd., Ste. 440**<br>**IL 60080** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Fourth Amendment**<br>**Commencement Date: 9/9/2009**<br>**Expiration Date: 7/14/2021** | |
|---|---|---|---|
| | State the term remaining | **> 3 years** | **Rand Worldwide Subsidiary, Inc.**<br>**3601 Algonquin Rd., Ste. 820**<br>**Rolling Meadows, IL 60008** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 __**3601 Crossroads, LLC**_____   Case number *(if known)* _____

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Ninth Amendment Commencement Date: 11/19/1996 Expiration Date: 6/30/2018** | |
|---|---|---|---|
| | State the term remaining | **> 4 months** | |
| | List the contract number of any government contract | | **Retirement Investment Advisory 3601 Algonquin Rd., Ste. 810 Rolling Meadows, IL 60008** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Third Amendment Commencement: 11/13/2015 Expiration: 12/31/2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rolling Meadows Chamber of Commerce 3601 Algonquin Rd., Ste. 322 Rolling Meadows, IL 60008** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Commencement Date: 2/2/2017 Expiration Date: 8/14/2022** | |
|---|---|---|---|
| | State the term remaining | **> 4 years** | |
| | List the contract number of any government contract | | **Rosenberg Wypych LLC 3601 Algonquin Rd., Ste. 801 Rolling Meadows, IL 60008** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Commencement Date: 10/10/2017 Expiration Date: 4/30/2024** | |
|---|---|---|---|
| | State the term remaining | **~ 6 years** | |
| | List the contract number of any government contract | | **Sam Law Office, LLC 3601 Algonquin Rd., Ste. 325 Rolling Meadows, IL 60008** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Second Amendment Commencement: 3/12/2003 Expiration: 8/31/2018** | |
|---|---|---|---|
| | State the term remaining | **~6 months** | |
| | List the contract number of any government contract | | **Steve Mazzoni CPA, PC 3601 Algonquin Rd., Ste. 300 Rolling Meadows, IL 60008** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment Commencement: 1/6/2017 Expiration: 6/30/2022** | **Stewart Title Co. 3601 Algonquin Rd., Ste. 220 Rolling Meadows, IL 60008** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **3601 Crossroads, LLC**

First Name    Middle Name    Last Name    Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **> 4 years** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Sixth Amendment Assignment 12/28/2016 Commencement Date: 10/6/2000 Expiration Date: 10/10/2019** |  |
|---|---|---|---|
|  | State the term remaining | **~1.5 years** | **The Horton Group 3601 Algonuin Rd., Ste. 615/234 Rolling Meadows, IL 60008** |
|  | List the contract number of any government contract | _____ |  |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Second Amendment Commencement Date: 8/22/2013 Expiration Date: 6/30/2019** |  |
|---|---|---|---|
|  | State the term remaining | **> 1 year** | **The Law Office of Miriam Cooper 3601 Algonquin Rd., Ste. 608/610 Rolling Meadows, IL 60008** |
|  | List the contract number of any government contract | _____ |  |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Sixth Amendment Commencement Date: 5/24/2005 Expiration Date: 6/30/2020** |  |
|---|---|---|---|
|  | State the term remaining | **~2 years** | **The Machanic Group 3601 Algonquin Rd., Ste. 334 Rolling Meadows, IL 60008** |
|  | List the contract number of any government contract | _____ |  |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Services Contract for 3601 Algonquin Rd. Commencement 4/9/2012 Month to Month** |  |
|---|---|---|---|
|  | State the term remaining | **M/M** | **Titan Security Services 800 Roosevelt Rd. Building A 120 Glen Ellyn, IL 60137** |
|  | List the contract number of any government contract | _____ |  |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Commencement Date: 3/11/2015 Expiration Date: 6/14/2018** |  |
|---|---|---|---|
|  | State the term remaining | **~ 4 months** | **Toppan USA, Inc. 3601 Algonquin Rd., Ste. 625 Rolling Meadows, IL 60008** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **3601 Crossroads, LLC**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Cleaning Services Contract for 3601 Algonquin Rd. Commencement 12/18/17 Cancellation by 15 days notice** | |
|---|---|---|---|
| | State the term remaining | **15 day notice provision** | **Total Building Services, Inc. 340 Bennett Rd. Elk Grove Village, IL 60007** |
| | List the contract number of any government contract _____ | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Commencement Date: 4/20/2016 Expiration Date: 5/14/2019** | |
|---|---|---|---|
| | State the term remaining | | **Vanguard Environmental Inc. 3601 Algonquin Rd., Ste. 324 Rolling Meadows, IL 60008** |
| | List the contract number of any government contract _____ | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Ninth Amendment Commencement Date: 9/22/1997 Expiration Date: 12/14/2018** | |
|---|---|---|---|
| | State the term remaining | **~ 10 months** | **Viva USA, Inc. 3601 Algonquin Rd., Ste. 425 Rolling Meadows, IL 60008** |
| | List the contract number of any government contract _____ | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Seventh Amendment Commencement Date: 1/4/2006 Expiration Date: 8/14/2018** | |
|---|---|---|---|
| | State the term remaining | **~ 6 months** | **Woodfield Fund Administration LLC 3601 Algonquin Rd., Ste. 900 Rolling Meadows, IL 60008** |
| | List the contract number of any government contract _____ | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Commencement Date: 7/12/2016 Expiration Date: 11/30/2021** | |
|---|---|---|---|
| | State the term remaining | **~2.5 yrs.** | **World Financial Group 3601 Algonquin Rd., Ste. 326 Rolling Meadows, IL 60008** |
| | List the contract number of any government contract _____ | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **3601 Crossroads, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **3601 Crossroads, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Leland M. Stahelin** | **OS.671 Joliet St. West Chicago, IL 60185 guarantor** | **US Bank N.A., as Trustee** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Michael A. Stahelin** | **6312 Snead Ct. Woodridge, IL 60517 guarantor** | **US Bank N.A., as Trustee** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **3601 Crossroads, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$282,410.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other   **Operating a business** | **$2,511,215.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$2,111,887.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | **Interest income** | **$199,178.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | **Interest income** | **$108,946.00** |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **3601 Crossroads, LLC**                                    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **UNKNOWN** | **UNKNOWN - Rialto agent of Master Servicer has been making payments from the operating account - or was responsible to.** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **3601 Crossroads, LLC**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2012-GCJ9, BY RIALTO CAPITAL ADVISORS, LLC, SPECIAL SERVICER AND ATTORNEY IN-FACT, v. 3601 CROSSROADS, LLC; LELAND M. STAHELIN; MICHAEL A. STAHELIN; UNKNOWN OWNERS; AND NON-RECORD CLAIMANTS, 17 ch 16840** | **Foreclosure and guarantee** | **Circuit Court of Cook County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Rialto Capital Advisors, LLC<br>790 N.W. 107th Ave.<br>Ste. 400<br>Miami, FL 33172** | **Debtor's cash accounts** | **$750,000.00** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Wells Fargo Bank, N.A.<br>550 South Tyron Street, 14th Floor<br>MACD1086-120<br>Charlotte, NC 28202** | **Debtor's cash accounts (along with Rialto, in excess of $750,000)** | **Unknown** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Debtor | 3601 Crossroads, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Clingen Callow & McLean, LLC**<br>**2300 Cabot Drive, Suite 500**<br>**Lisle, IL 60532** | $75,000 Advance Payment Retainer | **March 6, 2018** | $75,000.00 |
| | **Email or website address**<br>**mclean@ccmlawyer.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **3601 Crossroads, LLC**                           Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|
|         |                            |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
|                           |                                                                                   |                                                                            |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
|                                        |                                 |                               |                                                      |                                          |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|
|                                         |                                           |                             |                       |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **3601 Crossroads, LLC**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Tenants | | Tenant Security Deposits Currently in the possession of Rialto Capital Advisors, LLC Agent for Master Servicer, Wells Fargo, N.A. | $116,977.84 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Retirement Investment tenant | | Lease prepayment | $755.50 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Embedur tenant | | Lease prepayment | $39,060.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Genco tenant | | Lease prepayment | $459.69 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Grillers (Deli) tenant | | Lease prepayment | $1,100.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Stewart Title tenant | | Lese prepayment | $131.15 |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

---

Debtor    **3601 Crossroads, LLC**                                    Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☒ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ☒ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **3601 Crossroads, LLC<br>800 Roosevelt Dr.<br>Building A, Ste. 120<br>Glen Ellyn, IL 60137** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Dugan & Lopatka<br>104 E. Roosevelt Dr.<br>Wheaton, IL 60187** | **1/2016 - 1/2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **3601 Crossroads, LLC** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    **3601 Crossroads, LLC**                                          Case number *(if known)*

statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.    **Wells Fargo, N.A.** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Thomas L. Kolschowsky | 800 Roosevelt Rd. Bldg. A-120 Glen Ellyn, IL 60137 | Corporate counsel | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Michael A. Stahelin | 800 Roosevelt Rd. Bldg. A-120 Glen Ellyn, IL 60137 | Manager of LLC which manages 3601 Crossroads | 50% interest in Manager entity |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Leland M. Stahelin | 800 Roosevelt Rd. Bldg. A-120 Glen Ellyn, IL 60137 | Manager of LLC which manages 3601 Crossroads | 50% interest in manager entity |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **3601 Crossroads, LLC**                                          Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2018**

**/s/ Thomas L. Kolschowsky**                          **Thomas L. Kolschowsky**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Senior Vice President / Corporate Counsel**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __3601 Crossroads, LLC__ _____   Case No. _____
                                    Debtor(s)        Chapter   __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................   $ _____ 75,000.00

    Prior to the filing of this statement I have received .....................   $ _____ 75,000.00

    Balance Due ...........................................................................   $ _____ 0.00

2.  $__1,717.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor     ☑ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__March  7, 2018__ _____          /s/ John A. Lipinsky _____
_Date_                                            __John A. Lipinsky__
                                                  _Signature of Attorney_
                                                  __Clingen Callow & McLean, LLC__
                                                  __2300 Cabot Drive, Suite 500__
                                                  __Lisle, IL 60532__
                                                  __630/871-2600  Fax: 630/871-9869__
                                                  __haskell@ccmlawyer.com__
                                                  _Name of law firm_

---

# United States Bankruptcy Court
### Northern District of Illinois

In re  __3601 Crossroads, LLC__                                    Case No. _____
                                        Debtor(s)          Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CR-3601 LLC**<br>**800 Roosevelt Rd.**<br>**Bldg. A-120**<br>**Glen Ellyn, IL 60137** | | | **Sole member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Senior Vice President / Corporate Counsel** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __March  7, 2018__                    Signature  __/s/ Thomas L. Kolschowsky__
                                                  __Thomas L. Kolschowsky__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **3601 Crossroads, LLC**

_____
Debtor(s)

Case No.
_____

Chapter   **11**
_____


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____**80**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   **March  7, 2018**
_____

**/s/ Thomas L. Kolschowsky**
_____
**Thomas L. Kolschowsky/Senior Vice President / Corporate Counsel**
Signer/Title

Abacus Data Systems
3601 Algonquin Rd., Stes. 555/565
Rolling Meadows, IL 60008

ABC Shop
300 E. Elgin Avenu
Elgin, IL 60120

Accounting and Tax Solutions, Inc.
3601 Algonquin Rd., Ste. 620
Rolling Meadows, IL 60008

Addison Building Materials
3201 S. Busse Road
Arlington Heights, IL 60005

AKM Insurance Services
3601 Algonquin Rd. Ste. 210
Rolling Meadows, IL 60008

Ambius, Inc.
PO Box 14086
Reading, PA 19612

American Financial Network
3601 Algonquin Rd., Ste. 320
Rolling Meadows, IL 60008

American International Radio, Inc.
3601 Algonquin Rd., Ste 800
Rolling Meadows, IL 60008

American International Radio, Inc.
3601 Algonquin Rd., Ste. 880
Rolling Meadows, IL 60008

Arete Systems, Inc.
3601 Algonquin Rd., Ste. 200
Rolling Meadows, IL 60008

Arlington Glass & Mirror
4547 N. Milwaukee Ave.
Chicago, IL 60630

City of Rolling Meadows
3600 Kirchoff Road
Rolling Meadows, IL 60008


ComEd
PO Box 6112
Carol Stream, IL 60197


Commercial Carpet
6548 West Higgins Ave
Chicago, IL 60656


Comprehensive Insurance
3601 Algonquin Rd.,
Stes. 603/604/605
Rolling Meadows, IL 60008


Constellation Energy
PO Box 4911
Houston, TX 77210


Daniel J. Smyzynski
3601 Algonquin Rd., Ste. 335
Rolling Meadows, IL 60008


Delta Technical Solutions, Inc.
3601 Algonquin Rd., Ste. 975
Rolling Meadows, IL 60008


Divine Design & Marketing, Inc.
3601 Algonquin Rd., Ste. 726
Rolling Meadows, IL 60008


Dr. Jo Walthusen
3601 Algonquin Rd., Ste. 714
Rolling Meadows, IL 60008


Dugan & Lopatka
104 E. Roosevelt Rd.
Wheaton, IL 60187


Electric Technology Int'l Inc.
3601 Algonquin Rd., Ste. 716
Rolling Meadows, IL 60008

Embedur Systems, Inc.
3601 Algonquin Rd., Ste. 214
Rolling Meadows, IL 60008


Fairbanks Energy Services
3601 Algonquin Rd., Ste. 304
Rolling Meadows, IL 60008


Fusion Risk Management, LLC
3601 Algonquin Rd., Ste. 500
IL 60080


Futurewei Technologies, Inc.
3601 Algonquin Rd., Ste. 1000
Rolling Meadows, IL 60008


Glen Hill North, LLC
800 Roosevelt Road, Building A, Sui
Glen Ellyn, IL 60137


Grainger, Inc., WW
2710 Ogden AVe.
Downers Grove, IL 60515


Great Lakes Elevator Service
1480 Renaissance Dr. Ste. 308
Park Ridge, IL 60068


Greenbrook, L.P.
800 Roosevelt Road, Building A, Sui
Glen Ellyn, IL 60137


Groot
2500 Landmeier Rd.
Elk Grove Village, IL 60007


Harold L. Schweinebraten
3601 Algonquin Rd., Ste.202
Rolling Meadows, IL 60008


Image One Facilities Solutions, Inc
3601 Algonquin Rd., Ste. 100
Rolling Meadows, IL 60008

J. J. Jones
400 Gunderson Dr.
Carol Stream, IL 60188


JC Licht
28188 Network Place
Chicago, IL 60673


Joe Genco
3601 Algonquin Rd., Ste. 640
Rolling Meadows, IL 60008


Jose Giovanni & Veronica Sanchez
3601 Algonquin Rd., Ste. 860
Rolling Meadows, IL 60008


L/M Development, LLC
800 Roosevelt Rd.
Building A - 120
Glen Ellyn, IL 60137


Leland M. Stahelin
OS.671 Joliet St.
West Chicago, IL 60185


M.A.S. Brokerage, LLC
800 Roosevelt Dr., A-120
Glen Ellyn, IL 60137


M.A.S. Brokerage, LLC
800 Roosevelt Rd.
Bldg. A
Glen Ellyn, IL 60137


Medesthai
3601 Algonquin Rd., Ste. 840
Rolling Meadows, IL 60008


Michael A. Stahelin
6312 Snead Ct.
Woodridge, IL 60517


Micro Products Company
3601 Algonquin Rd., Ste. 985
Rolling Meadows, IL 60008

Monarch Technical Services Inc.
3601 Algonguin Rd. Ste. 107
Rolling Meadows, IL 60008


Newland Law Centers, LLC
3601 Algonquin Rd., Ste. 990
Rolling Meadows, IL 60008


North American Corporation
2101 Clair Ct.
Glenview, IL 60025


Northwest Collectors, Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008


Olivet Nazarene University
3601 Algonquin Rd., Ste. 730
Rolling Meadows, IL 60008


Olivet Nazarene University
3601 Algonquin Rd., Ste. 730
Rolling Meadows, IL 60008


Platinum Tax Pros, Inc.
3601 Algonquin Rd., Ste. 650
Rolling Meadows, IL 60008


Pollution Control Systems, Inc.
3601 Algonquin Rd., Ste. 420
Rolling Meadows, IL 60008


Presto X
PO Box 13848
Reading, PA 19612


Professional National Title Network
CLE Corp.
3601 Algonquin Rd., Ste. 702
Rolling Meadows, IL 60008


Progressive Window Cleaning
4834 W. Patterson AVe.
Chicago, IL 60641

Provenza & Associates, Inc.
3601 Algonquin Rd., Ste. 440
IL 60080


Rand Worldwide Subsidiary, Inc.
3601 Algonquin Rd., Ste. 820
Rolling Meadows, IL 60008


Retirement Investment Advisory
3601 Algonquin Rd., Ste. 810
Rolling Meadows, IL 60008


Rialto Capital Advisors, LLC
c/o Edward S. Weil, Dykema Gossett
10 S. Wacker, Ste. 2300
Chicago, IL 60606


Rolling Meadows Chamber of Commerce
3601 Algonquin Rd., Ste. 322
Rolling Meadows, IL 60008


Rosenberg Wypych LLC
3601 Algonquin Rd., Ste. 801
Rolling Meadows, IL 60008


Ruffolo, Inc.
242 W. US Hwy 45
Indian Creek, IL 60061


Sam Law Office, LLC
3601 Algonquin Rd., Ste. 325
Rolling Meadows, IL 60008


Stahelin Enterprises, LP
800 Roosevelt Rd. A-120
Glen Ellyn, IL 60137


Steve Mazzoni CPA, PC
3601 Algonquin Rd., Ste. 300
Rolling Meadows, IL 60008


Stewart Title Co.
3601 Algonquin Rd., Ste. 220
Rolling Meadows, IL 60008

Suburban Door Check & Lock Co.
415 W. Ogden
Westmont, IL 60559


The Horton Group
3601 Algonuin Rd., Ste. 615/234
Rolling Meadows, IL 60008


The Law Office of Miriam Cooper
3601 Algonquin Rd., Ste. 608/610
Rolling Meadows, IL 60008


The Machanic Group
3601 Algonquin Rd., Ste. 334
Rolling Meadows, IL 60008


Titan Security Services
614 Monroe St.
Chicago, IL 60661


Titan Security Services
800 Roosevelt Rd.
Building A 120
Glen Ellyn, IL 60137


Toppan USA, Inc.
3601 Algonquin Rd., Ste. 625
Rolling Meadows, IL 60008


Total Building Services, Inc.
340 Bennett Rd.
Elk Grove Village, IL 60007


US Bank N.A., as Trustee
190 S. LaSalle St.
MK-IL-SL7C
Chicago, IL 60603


Vanguard Environmental Inc.
3601 Algonquin Rd., Ste. 324
Rolling Meadows, IL 60008


Viva USA, Inc.
3601 Algonquin Rd., Ste. 425
Rolling Meadows, IL 60008

Wells Fargo Bank, N.A.
550 South Tyron Street, 14th Floor
MACD1086-120
Charlotte, NC 28202


Woodfield Fund Administration LLC
3601 Algonquin Rd., Ste. 900
Rolling Meadows, IL 60008


World Financial Group
3601 Algonquin Rd., Ste. 326
Rolling Meadows, IL 60008

# United States Bankruptcy Court
## Northern District of Illinois

In re   **3601 Crossroads, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **3601 Crossroads, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  7, 2018**

Date

**/s/ John A. Lipinsky**

**John A. Lipinsky**

Signature of Attorney or Litigant

Counsel for   **3601 Crossroads, LLC**

**Clingen Callow & McLean, LLC**

**2300 Cabot Drive, Suite 500**
**Lisle, IL 60532**
**630/871-2600 Fax:630/871-9869**
**haskell@ccmlawyer.com**