**Nina Hoover**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, September 04, 2018 1:27 PM |
| **To:** | Nina Hoover |
| **Subject:** | FedEx Shipment 773108856779 Delivered Wells Fargo Mot to Compel |

## Your package has been delivered

Tracking # 773108856779

**Ship date:**
Thu, 8/30/2018
John A. Lipinsky
Clingen Callow & McLean, LLC
LISLE, IL 60532
US


Delivered

**Delivery date:**
Tue, 9/4/2018 1:24 pm
Legal Processing
Wells Fargo Bank NA
2289 Howard Street
EVANSTON, IL 60202
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 773108856779 |
| **Status:** | Delivered: 09/04/2018 1:24 PM Signed for By: T.TM |
| **Reference:** | 1704-0089 |
| **Signed for by:** | T.TM |
| **Delivery location:** | Chicago, IL |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx 2Day® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 9/4/2018 by 4:30 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:27 PM CDT on 09/04/2018.

All weights are estimated.

EXHIBIT 2